**CV 15 - 3354**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MELANIE CARLIN,

                              Plaintiff,

          -against-

GARY L. YEN, M.D., and INNOVATIVE
PAIN MANAGEMENT

                            Defendants,
-----------------------------------------------------------------x

FILED
CLERK

2015 JUN -9 PM 1:27

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

**COMPLAINT**

WEINSTEIN, J.

SCANLON, M.J.

      Plaintiff, by his attorneys, KRENTSEL & GUZMAN, LLP., complains of the defendants, and alleges:

### AS AND FOR A FIRST CAUSE OF ACTION:

      FIRST: Jurisdiction is conferred on this Honorable Court pursuant to 28 USC §1332(a), based on the diversity of the parties and the amount of controversy.

      SECOND: Venue is based on plaintiff's residence. Plaintiff resides at 1520 Bay Ridge Parkway, Brooklyn, New York, 11280.

      THIRD: At all times herein mentioned, the, Plaintiff MELANIE CARLIN, was and is a resident of the COUNTY OF KINGS, State of New York.

      FOURTH: Defendant, GARY L. YEN, M.D., (hereinafter referred to as "YEN"), was and is a doctor of medicine duly licensed to practice medicine in the State of New Jersey.

      FIFTH: Defendant, YEN, was, on or about July 16, 2012 continuing to, through, and including May 27, 2014 a licensed practicing obstetrician located at 17 Main Street, Marlboro, NJ 07746.

SIXTH: Defendant, YEN, did and at all times hereinafter mentioned does maintain his practice at 17 Main Street, Marlboro, NJ 07746 amongst other locations.

SEVENTH: Defendant, YEN, held herself out to be a physician duly qualified and competent to render requisite medical, surgical care and treatment and/or obstetricianal care to the public at large and, more particularly, to the Plaintiff named herein.

EIGHTH: Defendant, YEN, undertook and agreed to render medical, surgical care and treatment and/or obstetricianal care to the Plaintiff.

NINTH: Defendant, YEN, negligently, recklessly and carelessly rendered medical care and treatment to the Plaintiff on or about July 16, 2012 continuing to, through, and including May 27, 2014.

TENTH: At all times herein mentioned, the Plaintiff was a patient under the professional care and treatment of Defendant, YEN.

ELEVENTH: Defendant, YEN, was negligent, careless and reckless in prescribing medicine, medical, surgical care and treatment and/or obstetricianal care rendered to the Plaintiff.

TWELFTH: Defendant, YEN, was negligent, careless and reckless in supervising the prescription of medicine, medical, surgical care and treatment and/or obstetricianal care rendered to the Plaintiff.

THIRTEENTH: The treatment rendered by defendant, YEN, was not in accord with good and acceptable standards of medical, surgical care and treatment and/or obstetricianal care.

FOURTEENTH: As a result of the negligence, recklessness and carelessness of Defendant, YEN, and without any want of care on the part of the Plaintiff herein named, the Plaintiff suffered grave bodily injury, complications related thereto, need for additional surgery and treatment, and mental anguish.

FIFTEENTH: This action falls within one or more of the exceptions set forth in CPLR 1602.

SIXTEENTH: As a result of the aforesaid, Plaintiff, **Melanie Carlin**, was damaged in the sum of TEN MILLION ($10,000,000.00) DOLLARS.

## AS AND FOR A SECOND CAUSE OF ACTION:

SEVENTEETH: Plaintiff repeats, reiterates and realleges each and every allegation contained in the FIRST CAUSE OF ACTION with the same force and effect as though more fully set forth herein at length.

EIGHTEENTH: That on or about July 6, 2012 and continuing through to and including May 27, 2014, Defendant, INNOVATIVE PAIN MANAGEMENT, was and still is accredited by the Joint Commission on the Accreditation of Hospitals, and was and still is located at 199 Main Street, Keansburg, New Jersey.

NINETEENTH: That on or about July 6, 2012 and continuing through to and including May 27, 2014, Defendant, INNOVATIVE PAIN MANAGEMENT, was and still is accredited by the Health Resources and Services Administration and/or the Accreditation Association for Ambulatory Health Care, and was and still is located at 199 Main Street, Keansburg, New

Jersey.

TWENTIETH: Defendant, INNOVATIVE PAIN MANAGEMENT, was and is a domestic corporation, duly organized and existing under and by virtue of the laws of the State of New Jersey.

TWENTY-FIRST: Defendant, INNOVATIVE PAIN MANAGEMENT, was and is a duly licensed medical facility which is operated in accord with the laws and regulations of the State of New Jersey with standards for hospitals as set forth by the Joint Commission on the Accreditation of Hospitals.

TWENTY-SECOND: Defendant, INNOVATIVE PAIN MANAGEMENT, was and is a duly licensed medical facility which is operated in accord with the laws and regulations of the State of New Jersey with standards for hospitals as set forth by the Health Resources and Services Administration and/or the Accreditation Association for Ambulatory Health Care.

TWENTY-THIRD: Defendant, INNOVATIVE PAIN MANAGEMENT, owned, operated, managed, maintained and controlled a medical facility which provided nursing care, medical, surgical care and treatment as well as provided for the care of sick and ailing persons in New Jersey.

TWENTY-FOURTH: Defendant, INNOVATIVE PAIN MANAGEMENT, had in its employ, and/or under its control doctors, emergency room physicians, orthopedic surgeons, nurses, neurologists, lab technicians, radiation technicians, x-ray technicians, surgeons and other staff necessary to provide patients with medical care and attention.

TWENTY-FIFTH: Defendant, INNOVATIVE PAIN MANAGEMENT, its agents, servants and/or employees held itself out as qualified and competent to render requisite prescription of medicine, medical, surgical care and treatment to the public at large and, more

particularly to the Plaintiffs named herein.

TWENTY-SIXTH: Defendant, INNOVATIVE PAIN MANAGEMENT, undertook and agreed to render medical and surgical care and treatment to Plaintiff, MELANIE CARLIN, on or about July 6, 2012 and continuing through to and including May 27, 2014.

TWENTY-SEVENTH: The treatment rendered by Defendant, INNOVATIVE PAIN MANAGEMENT, their agents, servants and/or employees was not in accord with good and acceptable standards of medical and/or surgical care.

TWENTY-EIGHT: Defendant, INNOVATIVE PAIN MANAGEMENT, its agents, servants and/or employees were negligent, careless and reckless in supervising the prescription of medicine, medical and/or surgical care and treatment rendered to Plaintiff, MELANIE CARLIN.

TWENTY-NINTH: Defendant, INNOVATIVE PAIN MANAGEMENT, its agents, servants and/or employees were negligent, careless and reckless in the prescription of medicine, and the rendering of medical and/or surgical care and treatment rendered to Plaintiff, MELANIE CARLIN.

THIRTIETH: As a result of the negligence, recklessness and carelessness of Defendant, INNOVATIVE PAIN MANAGEMENT, their agents, servants and/or employees, and without any want of care on the part of the Plaintiffs named herein, Plaintiff, MELANIE CARLIN, suffered grave bodily injury, complications related thereto, need for additional surgery and treatment, and mental anguish.

THIRTY-FIRST: This action falls within one or more of the exceptions set forth in CPLR 1602.

THIRTY-SECOND: As a result of the aforesaid, Plaintiff, **Melanie Carlin,** was damaged

in the sum of TEN MILLION ($10,000,000.00) DOLLARS.

**WHEREFORE**, plaintiff demands judgment against defendants on the First Cause of Action in the amount of TEN MILLION ($10,000,000.00) DOLLARS, and on the Second Cause of Action in the amount of TEN MILLION ($10,000,000.00) DOLLARS together with the costs and disbursements of this action.

Dated: New York, New York
       March 16, 2015

                                KRENTSEL & GUZMAN, LLP

                                _____
                                Jeffrey A. Guzman (6573)
                                Attorneys for Plaintiff
                                17 Battery Place – Suite 604
                                New York, New York 10004
                                (212) 227-2900

## ATTORNEY VERIFICATION

ANTHONY T. HIRSCHBERGER, an attorney, duly admitted to practice in the United States District Courts of the Eastern District of New York, affirms under the penalties of perjury that:

He is the attorney for the plaintiff(s) in the above entitled action. That he has read the foregoing Complaint and knows the contents thereof, and upon information and belief, deponent believes that matters alleged therein to be true.

The reason this Complaint than the one in which the plaintiff's attorneys maintain their office.

The source of deponent's information and the grounds of his belief are communication, papers, reports and investigation contained in the file.

Dated: New York, New York
       March 16, 2015

_____
Jeffrey A. Guzman (6573)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MELANIE CARLIN
Plaintiff(s),

-against-

GARY L. YEN, M.D., and INNOVATIVE PAIN MANAGEMENT
Defendant(s).

SUMMONS AND AMENDED VERIFIED COMPLAINT

**KRENTSEL & GUZMAN, LLP**

*Attorneys for:* Plaintiff(s)
*Office and Post Office Address, Telephone*

17 Battery Place - Suite 604
New York, New York 10004
(212) 227-2900

Service of a copy of the within
is hereby admitted.
Dated,

_____
Attorney(s) for

PLEASE TAKE NOTICE:

☐ <u>NOTICE OF ENTRY</u>
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within name court on                                              19
☐ <u>NOTICE OF SETTLEMENT</u>
that an order                                                          of which the within is a true copy
will be presented for settlement to the HON.                           one of the judges of the
            within named Court, at
      on                          19           at              M.
Dated,

Yours, etc.

**KRENTSEL & GUZMAN, LLP**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MELANIE CARLIN,

                         Plaintiff,

          -against-

GARY L. YEN, M.D., and INNOVATIVE
PAIN MANAGEMENT

                       Defendants.

-------------------------------------------------------------x

Date Purchased:
Civil Action No.

**SUMMONS**

The basis is venue is Diversity -
Plaintiff's Residence:
1520 Bay Ridge Parkway
Brooklyn, NY 11228

To the above-named Defendant(s):

     YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the plaintiff's attorney within twenty (60) days after the service of this summons, exclusive of the day of service (or within 60 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: New York, New York
        March 15, 2015

                                       Yours, etc.,

                                       KRENTSEL & GUZMAN, LLP

                                       Jeffrey A. Guzman (6573)
                                       Attorneys for Plaintiff
                                       17 Battery Place – Suite 604
                                       New York, New York 10004
                                       (212) 227-2900