UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
=================================================X

MELANIE CARLIN,

                           Plaintiff,      **CIVIL ACTION: 16-2303**

         -against-                          **STIPULATION OF**
                                                         **DISCONTINUANCE**

GARY L. YEN, M.D., and INNOVATIVE
PAIN MANAGEMENT,

                           Defendants.
=================================================X

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice, against defendants, **GARY L. YEN, M.D., and INNOVATIVE PAIN MANAGEMENT** without costs to either party as against the other.

    This stipulation may be filed without further notice with the Clerk of this Court.

Dated: New York, New York
       March 9, 2017

FRANKIE J ALVAREZ
NOTARY PUBLIC-STATE OF NEW YORK
NO. 02AL6335272
QUALIFIED IN RICHMOND COUNTY
MY COMMISSION EXPIRES 01-04-2020

By: Frankie Alvarez, Esq.
Attorneys for Plaintiff
874 Bard Avenue
Staten Island, New York 10301

X _____
Melanie Carlin

**SO ORDERED:** _Mary L. Cooper_
                **MARY L. COOPER, U.S.D.J.**

MARCH 10, 2017